Deborah L. MARSH (now Eastland), Appellant,

v.

Kevin L. MARSH, Respondent.

No. WD 53479.

Missouri Court of Appeals, Western District.

Sept. 16, 1997.

Gail Berkowitz, Kansas City, for Appellant.

Troy L. Daugherty, Kansas City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

**Order**

PER CURIAM.

Appeal from the trial court's judgment of modification of divorce decree awarding Respondent physical custody of the minor child.

Judgment affirmed. Rule 84.16(b).